# IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

21 AUGUST 2015

| | | | |
|---|---|---|---|
| 449P11-12 | State v. Charles Everette Hinton | 1. Def's *Pro Se* Motion for Notice and Petition for *Writ of Certiorari* | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion for Notice and Petition for the Chief Justice and Associate Justices to Take Judicial Notice of Adjudicative Facts and Findings by the Court | 2. Dismissed |
| | | 3. Def's *Pro Se* Motion for Petition for Remedial Writ | 3. Dismissed |
| 453P02-3 | State v. Eugene Tyrone Miller | 1. Def's *Pro Se* Motion for PDR (COAP15-473) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot |
| 455P14-3 | State v. Reginald Fullard | 1. Def's *Pro Se* Motion to Appeal and Be Constitutionally Heard in Open Court Before a Sworn Jury | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion for Order of Transcripts | 2. Dismissed |
| 462A14 | Aaron Byrd and Eric Coombs v. Franklin County, North Carolina | Respondent's Motion for Extension of Time to File Brief | Allowed **07/01/2015** |
| 471P14 | John Price v. State of N.C. Office of the State Auditor | 1. State's PDR Under N.C.G.S. § 7A-31 (COA14-375) | 1. |
| | | 2. State's Motion for Consolidation | 2. Denied **04/09/2015** |
| | | 3. Petitioner's Motion to Dismiss PDR | 3. |
| | | 4. Respondent's Motion for Leave to File Reply Brief to Response to Motion to Dismiss | 4. |
| | | 5. Motion to Appear | 5. Denied **08/20/2015** **Ervin, J., recused** |
| 475P14-3 | State v. Reginald U. Fullard | Def's *Pro Se* Motion for Order of Transcripts | Dismissed |
| 567P13-2 | State v. Manuel Castaneda Moreno | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Decision of the COA (COA12-1402) | Dismissed **Ervin, J., recused** |